IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY KATE GULICK, | |
| Plaintiff, | 8:24CV141 |
| vs. | |
| CARSON GROUP HOLDINGS, LLC, | ORDER |
| Defendant. | |

    This matter is before the Court on attorneys Thomas Freeman's and Alexis Mullaney's, both of Fiedler Law Firm, PLC, motion to withdraw as counsel for Plaintiff. Filing No. 69. Counsel provide there has been a breakdown in communication and there are irreconcilable differences between Plaintiff and her attorneys. Moreover, a notice of appearance of attorneys Andrew Wilson and Lawrence Roland on behalf of Plaintiff was entered on August 27, 2025. Filing No. 77.

    Also pending before the Court is Defendant's motion to stay proceedings, Filing No. 60, and motion for sanctions, Filing No. 62. While the Court does not speculate as to the merits of the motion for sanctions, there appears to be inquiries as to whether the Plaintiff alone or the Plaintiff and her lawyers should be held responsible for conduct underlying the request for sanctions. Notwithstanding, the undersigned finds it appropriate to allow the requesting attorneys to withdraw as counsel for Plaintiff. However, each attorney shall remain subject to this Court's jurisdiction (and will continue to receive electronic notifications of court filings) as it pertains to the pending sanctions motions, until such time as the Court has entered its final disposition as to said motions.

Accordingly

IT IS ORDERED:

1. The motion to withdraw, Filing No. 69, is granted. Thomas Freeman and Alexis Mullaney are withdrawn as counsel of record for Plaintiff. Each attorney shall remain subject to this Court's jurisdiction as it pertains to the pending sanctions motions, until such time as the Court has entered its final disposition as to said motions.

2. The Clerk of the Court is directed to ensure Thomas Freeman and Alexis Mullaney continue receiving ECF notifications in this case pending further order of the Court.

3. The telephone conference currently scheduled for August 28, 2025 is canceled.

4. The deadline for Plaintiff to respond to the pending motion to stay, Filing No. 60, and motion for sanctions, Filing No. 62, is September 17, 2025. Any reply shall be filed in accordance with the local rules.

Dated this 28th day of August, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca

United States Magistrate Judge